

**Dated: July 12, 2024**
**The following is ORDERED:**

_____
**M. Ruthie Hagan**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: | Chapter 13 |
| KECIS ALMORIA TATE | |
| Debtor(s) | Case No.24-22397-H |
| SSN(1) XXX-XX-6569 | |

ORDER DIRECTING PRESENT EMPLOYER
TO CHANGE DEDUCTIONS

In this matter, it appearing to the Court that an order has been entered
changing the debtor's plan payments.

IT IS THEREFORE ORDERED:

That the debtor's employer AMAZON.COM SERIVCES LLC change the deduction to
$88.00 WEEKLY from the debtor's salary  and forward same to:

Chapter 13 Trustee
5350 Poplar Avenue, Suite 500
Memphis, TN  38119-3697

/S/ Jennifer K. Cruseturner
Chapter 13 Trustee

CC:   Jennifer K. Cruseturner

      KECIS ALMORIA TATE
      2665 EAST BARBARA CR
      APT 4
      MEMPHIS, TN  38128

      COHEN AND FILA, ATTYS

      AMAZON.COM SERIVCES LLC
      PO BOX 80726
      SEATTLE, WA  98108